# United States Court of Appeals
# for the Fifth Circuit

––––––––––––

No. 22-10265

––––––––––––

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

COREY DEYON DUFFEY,

*Defendant—Appellant.*

––––––––––––––––––––––––––––––

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-167-1

––––––––––––––––––––––––––––––

Before SOUTHWICK, ENGELHARDT, and WILSON, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.