# United States Court of Appeals
# for the Fifth Circuit

No. 22-10265

United States Court of Appeals
Fifth Circuit
**FILED**
February 2, 2024
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

versus

Jarvis Dupree Ross,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-167-3

_____

Before Southwick, Engelhardt, and Wilson, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.