# United States Court of Appeals
# for the Fifth Circuit

___

No. 22-10265

___

United States of America,

*Plaintiff—Appellee,*

versus

Tony R. Hewitt,

*Defendant—Appellant.*

___

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-167-2

___

Before Southwick, Engelhardt, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

United States Court of Appeals Fifth Circuit
**FILED**
February 2, 2024
Lyle W. Cayce
Clerk