# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 28, 2025

Mr. Michael B. Kimberly, Esq.
McDermott Will & Emery LLP
Winston & Strawn LLP
1901 L Street NW
Washington, D.C. 20036

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Mrs. Jo-Ann Tamila Sagar, Esq.
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004

Re: Tony R. Hewitt
v. United States
No. 23-1002

*and*

Corey D. Duffey, et al.
v. United States
No. 23-1150



Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: Clerk, 5th. Cir.
(Your docket No. 22-10265)

# Supreme Court of the United States

No. 23–1002

TONY R. HEWITT,

Petitioner

v.

UNITED STATES

and

No. 23–1150

COREY DEYON DUFFEY AND JARVIS DUPREE ROSS,

Petitioners

v.

UNITED STATES

ON WRITS OF CERTIORARI to the United States Court of Appeals for the Fifth Circuit.

THESE CAUSES came on to be heard on the transcript of the record from the above court and were argued by counsel.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the cases are remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

June 26, 2025

SCOTT S. HARRIS
Clerk of the Supreme Court of the United States