# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 29, 2025

Mr. Stephen S. Gilstrap
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242-1074

Mr. Vivek Jampala
Hunter, Lane & Jampala
711 Navarro Street
Suite 1740
San Antonio, TX 78205

Ms. Amy Jeannine Mitchell
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
3rd Floor
Dallas, TX 75242-1074

Mr. Kevin Blake Ross
Law Office of Kevin B. Ross, P.C.
8150 N. Central Expressway
Suite M2070
Dallas, TX 75206

Mr. Russell Wilson II
Law Office of Russell Wilson, II
1910 Pacific Avenue
Suite 12050
Dallas, TX 75201

    No. 22-10265   USA v. Duffey
                     USDC No. 3:08-CR-167-1

Dear Counsel:

This letter is to advise the parties that the court has requested supplemental letter briefs to be filed regarding the next steps counsel would recommend taking in the above

referenced case.  The parties should file their supplemental briefs by 5:00 p.m. August 15, 2025.

        Sincerely,

        LYLE W. CAYCE, Clerk

By: /s/ Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675