Hunter, Lane, & Jampala
711 Navarro Street
Suite 235 – Travis Park Plaza
San Antonio, Texas  78205

John T. Hunter  
Thomas J. Lane  
Vivek Jampala

tel: (210) 202-1076  
fax: (210) 880-6162

August 12, 2025

Fifth Circuit Court of Appeals
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

To the Honorable Judges of the Fifth Circuit:

  Given the Supreme Court's ruling in *Hewitt v. United States*, *Duffey, et al. v. United State*s, 145 S. Ct. 2165 (2025), Mr. Corey Duffey would respectfully request that this honorable Court issue a new judgment in this case reversing its prior judgment issued on February 2, 2025 and ordering a new sentencing hearing for the defendants.

  The Supreme Court issued its mandate on June 26, 2025, reversing on the single issue of whether the defendants were entitled to the protection of the First Step Act. The relief now sought from this honorable Court is a new judgment consistent with the Supreme Court's ruling, reversing the judgment of the District Court and remanding this case back to the Dallas Division of the Northern District of Texas for a new sentencing hearing on all counts.

Respectfully Submitted,

/s/ Vivek Jampala

Hunter, Lane & Jampala
Suite 235 – Travis Park Plaza.
San Antonio, Texas 78205
(210) 202-1076
Attorney for Corey Duffey