**Law Office of Kevin B. Ross, P.C.**
8150 N. Central Expressway, Suite M2070
Dallas, TX 75206
214.731.3151 office  214.594.8988 fax
kbr@rosscrimlaw.com
rosscrimlaw.com



**KEVIN B. ROSS**
Board Certified in Criminal Law by the
Texas Board of Legal Specialization

August 15, 2025

Fifth Circuit Court of Appeals
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

          Re:   *USA v. Jarvis Dupree Ross*
                Case No. 22-10265

To the Honorable Judges of the Fifth Circuit:

    Given the Supreme Court's ruling in *Hewitt v. United States*, *Duffey, et al. v. United State*s, 145 S. Ct. 2165 (2025), Mr. Jarvis Dupree Ross would respectfully request that this honorable Court issue a new judgment in this case reversing its prior judgment issued on February 2, 2025, and order a new sentencing hearing for the defendants.

    The Supreme Court issued its mandate on June 26, 2025, reversing on the single issue of whether the defendants were entitled to the protection of the First Step Act. The relief now sought from this honorable Court is a new judgment consistent with the Supreme Court's ruling, reversing the judgment of the District Court and remanding this case back to the Dallas Division of the Northern District of Texas for a new sentencing hearing on all counts.

                                      Best regards,

                                      Kevin B. Ross