# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2025
Lyle W. Cayce
Clerk

No. 22-10265

United States of America,

*Plaintiff—Appellee,*

versus

Corey Deyon Duffey; Jarvis Dupree Ross; Tony R. Hewitt,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-167-1

_____

## JUDGMENT ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before Southwick, Engelhardt, and Wilson, *Circuit Judges.*

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we VACATE Appellants' sentences and REMAND to the district court for resentencing consistent with the Supreme Court's opinion and with the unaffected portions of our prior opinion.

No. 22-10265

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.